UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:22-cv-00055-CHB-LLK

**CC METALS AND ALLOYS, LLC,**                                            **PLAINTIFF**

**v.**

**AMERICAN INTERNATIONAL**                                        **DEFENDANTS**
**SPECIALTY LINES**
**INSURANCECOMPANY, et al,**

## MEMORANDUM OPINION AND ORDER

This matter has been referred to Magistrate Judge Lanny King to hear and determine all pretrial matters. Text Order of October 18, 2022 [DN 48]. Pursuant to this authority, the Court held a Telephonic Status Conference on June 10, 2025. [DN 182]. During this discussion and in previous communications with the Court, Defendant has represented that Julie Diebenow is unable to sit for a deposition. To date, the tentative deponent has provided insufficient information for the Court to determine whether she is unable to be deposed, with or without reasonable accommodations. In the interest of judicial economy, and to prevent further delay,

**IT HE HEREBY ORDERED** that by June 27, 2025, Defendant shall provide documentation for the Court to assess in determining whether Julie Diebenow may be deposed. Absent sufficient documentation, the Court will require the deposition to move forward.

**IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report on or before June 27, 2025.

**IT IS FURTHER ORDERED** that current deadlines are hereby **VACATED**, to be re-established by further order of the Court.

**IT IS FURTHER ORDERED** that the next Telephonic Status Conference is scheduled for June 30, 2025, at 2:00 p.m. Central Time before Magistrate Judge Lanny King. Counsel for

the parties shall connect to the call by dialing 1-650-479-3207 and entering access code 2303 118 0494# when prompted. Attendees should press # to skip entry of an attendee or host code.

June 10, 2025

*[signature]*

**Lanny King, Magistrate Judge**
**United States District Court**

C: Counsel

P. 0.22